# INCORRECT

# IMAGE DELETED

**Doc. No.**